UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DENTONS EUROPE CS LLP** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | CAUSE NO.  4:24-cv-01132 |
| **GUIDRY & ASSOCIATES, INC., and GUIDRY SURGE LLC** | § § § § | |
| **Defendants.** | § § § § | |

## PLAINTIFF'S UNOPPOSED MOTION TO SEAL

Dentons Europe CS LLP ("Plaintiff" or "Dentons Europe") requests that the Court seal Plaintiff's Supplemental Opposition to Guidry Surge LLC's Motion to Dismiss with attached exhibits.  Defendants have contended that the identity of the project and its location are confidential.  (*See* Dkt. 12-1, Simpson Decl. ¶ 37.) Plaintiff does not agree that this information is confidential as detailed in its Opposition at Dkt. 17.  However, this filing includes a few more detailed documents that relate those subjects.  In connection with this filing, Plaintiff's counsel asked Guidry's counsel whether it considered exhibits 1 and 2 to the supplemental opposition, as well as summaries of their contents, to be confidential and require sealing.  Defendants have said that they do consider such materials to be confidential business materials, not publicly available and to require sealing.  Although Plaintiff

1

does not agree that all this material requires sealing, Plaintiff does not oppose Defendants' request to seal.  Thus, Plaintiff asks that this Court grant this unopposed request to seal.

Dated:  July 3, 2024

                                   Respectfully submitted,

                                   */s/Leanna M. Anderson*
                                   Leanna M. Anderson, Attorney-In-Charge
                                   Texas Bar No. 24083325
                                   **DENTONS US LLP**
                                   leanna.anderson@dentons.com
                                   100 Crescent Court, Suite 900
                                   Dallas, Texas 75201-1858
                                   Telephone:  (214) 259- 0900
                                   Facsimile:  (214) 259-0910

                                   *Attorney in Charge for Plaintiff Dentons Europe CS LLP*

3

## **CERTIFICATE OF SERVICE**

I certify service of this document via PACER, the court's e-filing system, to all counsel of record on this 3rd day of July, 2024.

*/s/Leanna M. Anderson*
Leanna M. Anderson, Attorney-In-Charge