# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **DENTONS EUROPE CS LLP**  §<br>§<br>  Plaintiff, §<br>§<br>v. §<br>§ **CAUSE NO. 4:24-cv-01132**<br>**GUIDRY & ASSOCIATES, INC.,** §<br>**and GUIDRY SURGE LLC** §<br>§<br>  Defendants. §<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL

## WITH PREJUDICE

PLEASE TAKE NOTICE THAT the Parties have reached confidential settlement of this matter. Pursuant to that agreement, the Parties jointly request that the matter be fully dismissed with prejudice.

Dated: July 6, 2025                                     Respectfully submitted,

                                                        */s/Leanna M. Anderson*
                                                        Leanna M. Anderson, Attorney-
                                                        In-Charge
                                                        Texas Bar No. 24083325
                                                        **DENTONS US LLP**
                                                        leanna.anderson@dentons.com
                                                        100 Crescent Court, Suite 900
                                                        Dallas, Texas 75201-1858
                                                        Telephone: (214) 259-0900
                                                        Facsimile: (214) 259-0910

*Attorney-in-Charge for Plaintiff*
*Dentons Europe CS LLP*

| | |
|---|---|
| Dated: July 6, 2025 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>*/s/ Amy Ruhland (with permission)*<br>Elizabeth E. Klingensmith<br>State Bar No. 24046496<br>Southern District No. 576790<br>Two Houston Center<br>909 Fannin, Suite 200<br>Houston, Texas 77010-1028<br>(713) 276-7600<br>liz.klingensmith@pillsburylaw.com<br><br>Amy L. Ruhland, Attorney-in-Charge<br>Texas Bar No. 24043561<br>Southern District No. 24043561<br>Ryan J. Sullivan<br>Texas Bar No. 24102548<br>Southern District No. 3184334<br>Abigail L. Griffith<br>Texas Bar No. 24113585<br>Southern District No. 3737296<br>401 Congress Avenue, Suite 1700<br>Austin, Texas 78701<br>(512) 580-9600<br>amy.ruhland@pillsburylaw.com<br>ryan.sullivan@pillsburylaw.com<br>abigail.griffith@pillsburylaw.com<br><br>*Attorneys for Defendants* |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2025 I caused the foregoing document to be served on counsel of record via the Court's CM/ECF System.

*/s/Leanna M. Anderson*
Leanna M. Anderson

130704175