Case 4:24-cv-01132   Document 62   Filed on 07/07/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dentons Europe CS LLP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-24-1132 |
| Guidry & Associates, Inc. et al, | § § § | |
| Defendants. | § § § | |

## ORDER

Pursuant to the Parties' Joint Notice of Settlement and Request for Dismissal with Prejudice filed on July 6, 2025, the above referenced case is hereby dismissed with prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this __7__ day of July, 2025.

DAVID HITTNER
United States District Judge